**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1434**

BURTON A. GELLMAN; THE GELLMAN CORPORATION,

Plaintiffs – Appellants,

v.

CINCINNATI INSURANCE COMPANY,

Defendant – Appellee,

v.

HARRISON S. JONES; RESTORATION ASSOCIATES, INCORPORATED,

Movants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:04-cv-00234-GCM)

Submitted: November 18, 2009     Decided: December 17, 2009

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard L. Farley, Christopher A. Hicks, KATTEN MUCHIN & ROSENMAN, LLP, Charlotte, North Carolina, for Appellants. Andrew A. Vanore, III, R. Scott Brown, BROWN, CRUMP, VANORE & TIERNEY, L.L.P., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order entering judgment in Plaintiffs' action against Defendant and declaring repair costs to be the proper measure of covered loss owed to Plaintiffs by Defendant. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. <u>See</u> <u>Gellman v. The Cincinnati Ins. Co.</u>, No. 3:04-cv-00234-GCM (W.D.N.C. Mar. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>